**Fill in this information to identify the case:**

Debtor 1    Richard Wayne Bryan

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    Middle    District of    Georgia
(State)

Case number    17-40178

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Seterus Inc., As Servicer for Federal National Mortgage Association

**Court claim No. (if known):** 16

**Last 4 digits** of any number you use to identify the debtor's account: 6984

**Date of payment change:**
Must be at least 21 days after date of this notice    4/1/2018

**New total payment:**
Principal, interest, and escrow, if any    $ 682.48

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   
   ☒ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   
   **Current escrow payment:** $ 159.40    **New escrow payment:** $ 161.54

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   
   **Current interest rate:** _____ %    **New interest rate:** _____ %
   
   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   
   ☐ Yes.    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____
   
   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Richard | Wayne | Bryan | Case Number *(if known)* | 17-40178 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  **/s/Andrew H. McCullen**
    Signature

Date  **February 23, 2018**

Print:  Andrew H. McCullen
        First Name    Middle Name    Last Name

Title:  Agent for Creditor

Company:  Aldridge Pite, LLP

Address:  3575 Piedmont Road, N.E. Suite 500
          Number    Street

          Atlanta        GA        30305
          City           State     Zip Code

Contact phone  404  994  7400

Email  amccullen@aldridgepite.com

**seterus**™

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

RICHARD BRYAN
c/o BRIAN R. CARMICHAEL
2106 GATEWAY DR STE D
OPELIKA AL 36801-6846

*L913O*

### ESCROW ACCOUNT STATEMENT

Analysis Date: 2 1
Loan Number:

| | Current Payment | New Payment Effective 04/01/18 | |
|---|---|---|---|
| Principal and Interest | $520.94 | Principal and Interest* | $520.94 |
| Escrow | $159.40 | Escrow | $159.93 |
| | | Escrow Shortage or Deficiency | $1.61 |
| Total Current Payment | $680.34 | Total NEW Payment* | $682.48 |

* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on February 24, 2017. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

**ANTICIPATED DISBURSEMENTS**
April 2018 to March 2019

| | |
|---|---|
| COUNTY | $1,210.16 |
| HAZARD INS | $709.00 |
| **Total Disbursements** | **$1,919.16** |

Bankruptcy File Date: February 24, 2017

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $105.38

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $319.86.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $195.12 |
| Post Petition Beg Bal* | | | | $300.50 |
| 04/01/2018 | 159.93 | 0.00 | | 460.43 |
| 05/01/2018 | 159.93 | 0.00 | | 620.36 |
| 06/01/2018 | 159.93 | 0.00 | | 780.29 |
| 07/01/2018 | 159.93 | 0.00 | | 940.22 |
| 08/01/2018 | 159.93 | 0.00 | | 1,100.15 |
| 09/01/2018 | 159.93 | 605.08- | COUNTY | 655.00 |
| 10/01/2018 | 159.93 | 0.00 | | 814.93 |
| 11/01/2018 | 159.93 | 605.08- | COUNTY | 369.78 |
| 12/01/2018 | 159.93 | 0.00 | | 529.71 |
| 01/01/2019 | 159.93 | 0.00 | | 689.64 |
| 02/01/2019 | 159.93 | 0.00 | | 849.57 |
| 03/01/2019 | 159.93 | 709.00- | HAZARD INS | 300.50 |
| **Total** | **$1,919.16** | **$1,919.16-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $319.86, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $300.50.

The escrow account has a pre-petition and post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment. The projected beginning balance of your escrow account is $300.50. Your required beginning balance according to this analysis should be $319.86. This means you have a post-petition shortage and/or deficiency of $19.36. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

***Continued on Reverse***
INTERNET REPRINT

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from May 2017 to March 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| | Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Projected | Actual | Projected | Actual | | Projected | Actual |
| **ACTUAL ESCROW ACCOUNT HISTORY** | | | | | | | |
| Beginning Balance | | | | | | $478.25 | $338.17- |
| **Date** | | | | | | | |
| 05/01/17 | 159.40 | 174.76* | 0.00 | 0.00 | | 637.65 | 163.41- |
| 06/01/17 | 159.40 | 0.00* | 0.00 | 0.00 | | 797.05 | 163.41- |
| 07/01/17 | 159.40 | 174.76* | 0.00 | 0.00 | | 956.45 | 11.35 |
| 08/01/17 | 159.40 | 174.76* | 0.00 | 0.00 | | 1,115.85 | 186.11 |
| 09/01/17 | 159.40 | 174.76* | 486.34- | 0.00* | COUNTY | 788.91 | 360.87 |
| 10/01/17 | 159.40 | 0.00* | 0.00 | 0.00 | | 948.31 | 360.87 |
| 11/01/17 | 159.40 | 159.40 | 729.51- | 1,210.15-* | COUNTY | 378.20 | 689.88- |
| 12/01/17 | 159.40 | 0.00* | 0.00 | 0.00 | | 537.60 | 689.88- |
| 01/01/18 | 159.40 | 0.00* | 0.00 | 0.00 | | 697.00 | 689.88- |
| 02/01/18 | 159.40 | 1,434.60* | 0.00 | 0.00 | | 856.40 | 744.72 |
| 03/01/18 | 159.40 | 0.00 | 697.00- | 0.00* | HAZARD INS | 318.80 | 744.72 |
| **Total** | **$1,753.40** | **$2,293.04** | **$1,912.85-** | **$1,210.15-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA - COLUMBUS DIVISION**

| | |
|---|---|
| IN RE: | ) Case No. 17-40178 |
| | ) |
| RICHARD WAYNE BRYAN, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 27, 2018, I served a copy of NOTICE OF MORTGAGE PAYMENT CHANGE which was filed in this bankruptcy matter on February 27, 2018, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

Marie Taylor Pardue

Kristin Hurst

**The following parties have been served via U.S. First Class Mail**:

Richard Wayne Bryan
5708 Ventura Dr
Columbus, GA 31909-4668

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: February 27, 2018                     Signature: /s/Melissa Gonzalez
                                             Printed Name: MELISSA GONZALEZ
                                             Address:    Aldridge Pite, LLP
                                                         Fifteen Piedmont Center
                                                         3575 Piedmont Road, N.E.,
                                                         Suite 500, Atlanta, GA 30305
                                             Phone:     (404) 994-7400
                                             Fax:       (888) 873-6147